UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PENTAX CORPORATION,

                              Petitioner,

           - against -

VISION-SCIENCES, INC.,

                              Respondent.

----------------------------------------------------------x

Case No.

**RULE 7.1 STATEMENT**

*[Stamp: JUDGE BUCHWALD  08 CV 00018]*
*[Stamp: RECEIVED JAN 02 2008 U.S.D.C. S.D.N.Y. CASHIERS]*

## PETITIONER'S DISCLOSURE STATEMENT
## PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Petitioner PENTAX Corporation ("Pentax"), by its counsel, Nixon Peabody LLP, affirms that over 90% of Pentax's shares are owned by HOYA Corporation, whose shares are publicly traded in Japan.

Dated: New York, New York
         January 2, 2008

                                                 NIXON PEABODY LLP

                                                 By: *[signature]*
                                                 Frank H. Penski (FP 9221)
                                                 Robert C. Sentner (RS 5223)
                                                 Tamar Y. Duvdevani (TD 7603)
437 Madison Avenue
New York, New York 10022
(212) 940-3000

*Attorneys for Petitioner Pentax Corporation*

10846826.1