UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PENTAX CORPORATION,

                        Petitioner,

     - against -

VISION-SCIENCES, INC.,

                        Respondent.

------------------------------------------------------------x

Case No.

**NOTICE OF PETITION TO STAY ARBITRATION**

PLEASE TAKE NOTICE that upon the annexed Petition and the exhibits thereto, and the accompanying Memorandum of Law, Petitioner PENTAX Corporation ("Pentax") will move before this Court for an Order: (1) pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-14, and Section 7503 of the New York Civil Practice Law and Rules, staying the Arbitration purportedly commenced in New York, New York, by Respondent Vision-Sciences, Inc. against Pentax; (2) awarding Petitioner the costs and disbursements of this proceeding, including reasonable attorneys fees; and (3) granting such other and further relief as the Court sees just and proper.

Dated: New York, New York
       January 2, 2008

                                            NIXON PEABODY LLP

                                            By: _____
                                                  Frank H. Penski (FP 9221)
                                                  Robert C. Sentner (RS 5223)
                                                  Tamar Y. Duvdevani (TD 7603)
                                          437 Madison Avenue
                                          New York, New York 10022
                                          (212) 940-3000

                                          *Attorneys for Petitioner PENTAX Corporation*

10846366.3