UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENTAX CORPORATION,

                                      Petitioner,

- against -

                                          No. 08 Civ. 00018 (NRB)

VISION-SCIENCES, INC.,

                                      Respondent.

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Petitioner Pentax Corporation hereby dismisses with prejudice all claims in the above-captioned action, including but not limited to those for attorneys' fees, costs and disbursements.

Dated: February 15, 2008

NIXON PEABODY LLP

By: _____
Frank H. Penski (FP 9221)
Robert C. Sentner (RS 5223)
Tamar Y. Duvdevani (TD 7603)
437 Madison Avenue
New York, New York 10022
(212) 940-3000
*Attorneys for Petitioner PENTAX Corporation*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

10909243.1